DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRANDON CLEMONS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1902

[March 29, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Judge; L.T. Case No. 14-003154CF10A.

Brandon Clemons, Wewahitchka, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***